1422

2017–0349.  State v. Milner.
Erie App. No. E–14–113.

2017–0394.  State v. Fishel.
Stark App. No. 2016 CA 00037.

2017–0407.  State v. Nitsche.
Cuyahoga App. No. 103174, 2017-Ohio-529.

2017–0441.  State v. Black.
Cuyahoga App. No. 102586, 2017-Ohio-953.

2017–0444.  State v. Worley.
Cuyahoga App. No. 103105, 2017-Ohio-649.

*June 1, 2017*

2017-Ohio-4060.]

2017–0590.  Williamson v. Scioto Twp. Trustees.
Pickaway App. No. 16CA5, 2017-Ohio-1099. On appellees' motion to strike pursuant to S.Ct.Prac.R. 3.11(E). Motion denied. Appellees may file a memorandum in response within 30 days.

2017–0280.  Disciplinary Counsel v. Jackson.
Sua sponte, Harry Earl Jackson, Attorney Registration No. 0021324, last known business address in Mansfield, Ohio, found in contempt for failure to file an affidavit of compliance on or before April 24, 2017.